# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:25-MJ-00233-CLS-1 |
| | § | |
| SAUL ALEJANDRO RODRIGUEZ | § | |

## ORDER

The court stated on the record of the November 4, 2025, hearing that it would initially seal the hearing but would reconsider its decision after reviewing a motion to seal. Any such motion is due within seven days of the docketing of this order. If a motion to seal is not filed or granted, the hearing will be unsealed.

So **ORDERED** and **SIGNED** this 5th day of November, 2025.

_____
Bill Davis
United States Magistrate Judge