UNITED STATES DISTRICT COURT
EASTERN DISTRICT TOF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| THE EXTRADITION OF | § | |
| SAUL ALEJANDRO RODRIGUEZ | § | No. 4:25-MJ-00233-CLS-1 |

## CERTIFICATION AND COMMITTAL FOR EXTRADITION

Having held an extradition hearing on November 4, 2025, and after considering the evidence, in particular, the certified and authenticated documents submitted by the Government of Mexico, and the pleadings and the arguments of both counsel, the Court finds and certifies to the Secretary of State as follows:

(1) This Court has jurisdiction over, and the undersigned is authorized to conduct, extradition proceedings pursuant to Title 18 U.S.C. § 3184;

(2) This Court has personal jurisdiction over Saul Alejandro Rodriguez (the "Fugitive") found and arrested on August 19, 2025, in this District pursuant to a complaint filed by the United States in response to the request of the Government of Mexico for the arrest and extradition of the Fugitive;

(3) The extradition treaty between the United States and the Government of Mexico, *i.e.*, The Treaty Between the Government of the United States of America and the Government of the United Mexican States, U.S.-Mex., May 4, 1978, 31 U.S.T. 5059, as amended by the Protocol to the Extradition Treaty Between the United States of America and the United Mexican States of May 4, 1978, U.S.-Mex., Nov. 13, 1997, S.

TREATY DOC. NO. 105-46 (1998) (together, the "Treaty"), was in full force and effect at all times relevant to this action;

(4) The Saul Alejandro Rodriguez sought by the Mexican authorities, and the Saul Alejandro Rodriguez arrested in this District for extradition and brought before this Court are one and the same person;

(5) The Fugitive has had a valid warrant issued against him by Mexico for rape, in violation of Article 176 of the Penal Code for the State of Baja California, Mexico. The Government of Mexico has jurisdiction over this criminal conduct;

(6) The above referenced Treaty between the United States and Mexico, pursuant to Article I of the Treaty, encompasses the offense for which extradition of the Fugitive is sought;

(7) The Government of Mexico submitted documents that were properly authenticated and certified in accordance with 18 U.S.C. § 3190.  Those documents include the pertinent text for the crime for which extradition of the Fugitive is sought;

(8) There is probable cause to believe that the Fugitive before this Court, the same person identified in the extradition request from the Government of Mexico, committed the offense for which extradition is sought;

(9) The evidence before this Court is sufficient to justify the Fugitive's committal for trial, on felony charges, had the offense he is accused of having committed occurred in the United States. This finding rests upon the documents submitted by the Government of Mexico in this matter, including the Mexican jurisprudence against the Fugitive, the order of the State of Baja California for issuing an arrest warrant, the text of the relevant

Mexican criminal provisions, and the evidence and witness summary identifying the Fugitive's participation in the crime for which extradition is sought.

THEREFORE, pursuant to 18 U.S.C. § 3184 and the above findings, I certify the extradition of the Fugitive, Saul Alejandro Rodriguez, to Mexico, on the offense for which extradition was requested, and commit the Fugitive to the custody of the United States Marshal pending further decision on extradition and surrender by the Secretary of State pursuant to 18 U.S.C. § 3186.

I further order that the Clerk of this Court forward a certified copy of this Certification and Committal for Extradition, together with a copy of the evidence presented in this case, including the formal extradition documents received in evidence and any testimony received in this case, to the Secretary of State.

So **ORDERED** and **SIGNED** this 17th day of November, 2025.

_____
Bill Davis
United States Magistrate Judge